1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY; INSURANCE COMPANY OF NORTH AMERICA, | IN ADMIRALTY |
| Plaintiffs, | Case No. C08-1367-JCC |
| v. | ORDER |
| ANDREW NEILSON AND JANE DOE NEILSON, individually and the marital community comprised thereof, | |
| Defendants. | |
| ANDREW NEILSON, a single man, | |
| Third-Party Plaintiff, | |
| v. | |
| KYLE KITTOE and KIM KITTOE, his wife, individually, and the marital community comprised thereof; DORLA KITTOE and JOHN DOE KITTOE, her husband, individually, and the marital community comprised thereof, | |
| Third-Party Defendants. | |

ORDER
PAGE - 1

The Court has received the Parties' Notice of Settlement of All Claims. (Dkt. No. 63.) Pursuant to this Notice, the Court hereby STRIKES the trial date of January 11, 2010, and STRIKES the pending Motion for Summary Judgment (Dkt. No. 57), without prejudice. The parties are DIRECTED to file the forthcoming stipulation and order of dismissal as soon as practicable, or otherwise advise the Court on the progress of this matter.

In addition, the Court sets a status conference at **9:00 a.m.** on **December 22, 2009**. The status conference will become unnecessary, and will be stricken by minute order of the Court, once the necessary documents are filed.

DATED this 23rd day of October, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE